NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK A. FLOOD,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )  Case No.  2D19-53
                                        )
BLAKE TAYLOR, A/K/A,                    )
BLAKE TAYLOR FLOOD,                     )
                                        )
            Appellee.                   )
_____ )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Keith Meyer, Judge.

David A. Maney of Maney, Damsker &
Jones, P.A., Tampa, for Appellant.

Christopher B. Hopkins of McDonald
Hopkins LLC, West Palm Beach
for Appellee.

PER CURIAM.


            Affirmed.



BLACK, SLEET, and LUCAS, JJ., Concur.